DANIEL J. BRODERICK, Bar #89424
Federal Defender
DOUGLAS BEEVERS, U.S.V.I. Bar #766
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
NATANAEL FAUSTINO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.  CR-S-11-0304-WBS |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER |
| ) | TO CONTINUE STATUS CONFERENCE |
| v. ) | |
| ) | |
| NATANAEL FAUSTINO ) | Date:  September 19, 2011 |
| ) | Time:  8:30 a.m. |
| Defendant. ) | Judge: Hon. William B. Shubb |
| ) | |
| _____ ) | |

The parties request that the status conference in this case be continued from August 22, 2011, to September 19, 2011 at 8:30 a.m.  They stipulate that the time between August 22, 2011 and September 19, 2011 should be excluded from the calculation of time under the Speedy Trial Act.  The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §3161(h)(7)(B)(iv). Specifically, counsel needs additional time to negotiate a resolution to this matter and to investigate the facts of the case. The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant

1  in a speedy trial. 18 U.S.C. § 3161(h)(7)(B)(iv).

2  Dated: August 19, 2011                    Respectfully submitted,

3                                            DANIEL BRODERICK
                                             Federal Defender
4

5                                            /s/ Douglas Beevers

6                                            DOUGLAS BEEVERS
                                             Assistant Federal Defender
7                                            Attorney for Defendant
                                             NATANAEL FAUSTINO
8

9  Dated: August 19, 2011                    BENJAMIN B. WAGNER
                                             United States Attorney
10

11                                           /s/ Paul Hemesath

12                                           PAUL HEMESATH
                                             Assistant United States Attorney
13

14                                **ORDER**

15     UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is
16  ordered that the status conference presently set for August 22, 2011, be
17  continued to September 19, 2011, at 8:30 a.m. Based on the representation
18  of counsel and good cause appearing therefrom, the Court hereby finds
19  that the ends of justice to be served by granting a continuance outweigh
20  the best interests of the public and the defendant in a speedy trial.  It
21  is ordered that time from the date of this Order, to and including, the
22  September 19, 2011, status conference shall be excluded from computation
23  of time within which the trial of this matter must be commenced under the
24  Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code
25  T-4.

26  Dated:   August 22, 2011

27  _____
    WILLIAM B. SHUBB
28  UNITED STATES DISTRICT JUDGE

Stip and Order                          -2-