DANIEL J. BRODERICK, Bar #89424
Federal Defender
DOUGLAS BEEVERS, U.S.V.I. Bar #766
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
NATANAEL FAUSTINO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No.  CR-S-11-0304-WBS |
|  | ) |
| Plaintiff, | ) STIPULATION AND [~~PROPOSED~~] ORDER |
|  | ) TO CONTINUE STATUS CONFERENCE |
| v. | ) |
|  | ) |
| NATANAEL FAUSTINO | ) Date:   October 17, 2011 |
|  | ) Time:   8:30 a.m. |
| Defendant. | ) Judge:  Hon. William B. Shubb |
|  | ) |
| _____ | ) |

The parties request that the status conference in this case be continued from September 19, 2011, to October 17, 2011 at 8:30 a.m. They stipulate that the time between September 19, 2011 and October 17, 2011 should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §3161(h)(7)(B)(iv). Specifically, counsel needs additional time to negotiate a resolution to this matter and to review discovery that was recently provided. The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and

1 | the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(B)(iv).

2 | Dated: September 16, 2011      Respectfully submitted,

3 |                                 DANIEL BRODERICK
                                    Federal Defender

5 |                                 */s/ Douglas Beevers*

6 |                                 _____
                                    DOUGLAS BEEVERS
                                    Assistant Federal Defender
7 |                                 Attorney for Defendant
                                    NATANAEL FAUSTINO

9 | Dated: September 16, 2011       BENJAMIN B. WAGNER
                                    United States Attorney

11 |                                */s/ Paul Hemesath*

12 |                                _____
                                    PAUL HEMESATH
                                    Assistant United States Attorney

Stip and Order                      -2-

1 **ORDER**

2     UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is
3 ordered that the status conference presently set for September 19, 2011,
4 be continued to October 17, 2011, at 8:30 a.m. Based on the
5 representation of counsel and good cause appearing therefrom, the Court
6 hereby finds that the ends of justice to be served by granting a
7 continuance outweigh the best interests of the public and the defendant
8 in a speedy trial.  It is ordered that time from the date of this Order,
9 to and including, the October 17, 2011, status conference shall be
10 excluded from computation of time within which the trial of this matter
11 must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. §
12 3161(h)(7)(B)(iv) and Local Code T-4.

13 Dated:   September 19, 2011

_/s/ William B. Shubb_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stip and Order                          -3-