1  BENJAMIN B. WAGNER
   United States Attorney
2  PAUL A. HEMESATH
   501 I Street, Suite 10-100
3  Sacramento, CA  95814
   (916) 554-2700
4  (916) 554-2900 FAX

5

6

7

8             IN THE UNITED STATES DISTRICT COURT

9                EASTERN DISTRICT OF CALIFORNIA

10

11

   UNITED STATES OF AMERICA,       ) CASE NO.  2:11-cr-00304 WBS
12                                 )
              Plaintiff,           ) **STIPULATION AND [PROPOSED] ORDER**
13                                 ) **TO MODIFY BRIEFING SCHEDULE AND**
   v.                              ) **HEARING DATE**
14                                 )
   NATANAEL FAUSTINO,              ) Date: December 5, 2011
15                                 ) Time: 9:30 a.m.
              Defendant.           ) Judge: Hon. William B. Shubb
16                                 )
   _____  )
17

18       THE PARTIES STIPULATE, through counsel, Paul Hemesath, Assistant

19  United States Attorney, and Douglas Beevers, attorney for defendant

20  NATANAEL FAUSTINO, that the Court should modify the briefing schedule

21  to change: (1) the due date for the government's response from

22  November 21, 2011, to December 19, 2011; the due date for the

23  defense's reply from November 28, 2011, to December 30, 2011; and the

24  hearing date from December 5, 2011, to January 9, 2012.

25       The government has made diligent efforts to respond to

26  FAUSTINO's motion but the parties require additional time to examine

27  the physical evidence, specifically, to examine the type and

28  configuration of the shotgun at issue in the case.  Furthermore, the

parties continue to strive toward a resolving the outstanding issues such that the need for a hearing may be obviated.

>                                   Respectfully submitted,
>
>                                   BENJAMIN B. WAGNER
>                                   United States Attorney
>
> DATED:   November 18, 2011        Paul A. Hemesath
>                                   PAUL A. HEMESATH
>                                   Assistant United States Attorney
>
> DATED:   November 18, 2011        /s/ Douglas Beevers
>                                   DOUGLAS BEEVERS
>                                   Attorney for Defendant
>                                   NATANAEL FAUSTINO

**O R D E R**

**IT IS SO ORDERED.**

Dated: November 22, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2