```
BENJAMIN B. WAGNER
United States Attorney
PAUL A. HEMESATH
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700
(916) 554-2900 FAX
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.  2:11-cr-00304 WBS |
| ) Plaintiff, ) | **STIPULATION AND [PROPOSED] ORDER TO MODIFY BRIEFING SCHEDULE AND HEARING DATE** |
| v. ) | |
| NATANAEL FAUSTINO, ) | Date: February 27, 2012 |
| ) | Time: 9:30 a.m. |
| Defendant. ) | Judge: Hon. William B. Shubb |

THE PARTIES STIPULATE, through counsel, Paul Hemesath, Assistant United States Attorney, and Douglas Beevers, attorney for defendant NATANAEL FAUSTINO, that the Court should modify the briefing schedule to change: (1) the due date for the government's response to March 19, 2012; (2) the due date for the defense's reply to April 2, 2012; and (3) the hearing date to April 16, 2012 at 9:30 a.m.

The government has made diligent efforts to respond to FAUSTINO's motion but the parties require additional time to examine the physical evidence, specifically, to examine the type and configuration of the shotgun at issue in the case.  Furthermore, the parties continue to strive toward a resolving the outstanding issues

such that the need for a hearing may be obviated.

                                       Respectfully submitted,

                                       BENJAMIN B. WAGNER
                                       United States Attorney

DATED:   February 23, 2012          /s/ Paul A. Hemesath
                                       PAUL A. HEMESATH
                                       Assistant United States Attorney

DATED:   February 23, 2012          /s/ Douglas Beevers
                                       DOUGLAS BEEVERS
                                       Attorney for Defendant
                                       NATANAEL FAUSTINO

**O R D E R**

**IT IS SO ORDERED.**

Dated: February 24, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE