```
BENJAMIN B. WAGNER
United States Attorney
PAUL A. HEMESATH
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700
(916) 554-2900 FAX
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>NATANAEL FAUSTINO,<br><br>　　　　　　Defendant. | CASE NO.  2:11-cr-00304 WBS<br><br>**STIPULATION AND [PROPOSED] ORDER TO MODIFY BRIEFING SCHEDULE AND HEARING DATE**<br><br>Date: April 16, 2012<br>Time: 9:30 a.m.<br>Judge: Hon. William B. Shubb |

　　　THE PARTIES STIPULATE, through counsel, Paul Hemesath, Assistant United States Attorney, and Douglas Beevers, attorney for defendant NATANAEL FAUSTINO, that the Court should modify the briefing schedule to change: (1) the due date for the government's response to May 21, 2012; (2) the due date for the defense's reply to June 4, 2012; and (3) the hearing date to June 18, 2012.

　　　The government has made diligent efforts to respond to FAUSTINO's motion, and the parties have now had an opportunity to examine the physical evidence, specifically, the type and configuration of the shotgun at issue in the case. However, further investigation is required.  Furthermore, the parties continue to

strive toward a resolving the outstanding issues such that the need for a hearing may be obviated.

```
                                        Respectfully submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney

DATED:  April 11, 2012                  /s/ Paul A. Hemesath
                                        PAUL A. HEMESATH
                                        Assistant United States Attorney

DATED:  April 11, 2012                  /s/ Douglas Beevers
                                        DOUGLAS BEEVERS
                                        Attorney for Defendant
                                        NATANAEL FAUSTINO
```

[~~PROPOSED~~] **O R D E R**

**IT IS SO ORDERED.**

Dated: April 12, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2