```
BENJAMIN B. WAGNER
United States Attorney
PAUL A. HEMESATH
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700
(916) 554-2900 FAX
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO.  2:11-cr-00304 WBS |
|---|---|
| Plaintiff, | ) **STIPULATION AND [PROPOSED] ORDER** |
| | ) **TO SUSPEND BRIEFING SCHEDULE,** |
| v. | ) **VACATE THE HEARING DATE AND SET** |
| | ) **STATUS CONFERENCE** |
| NATANAEL FAUSTINO, | ) |
| | ) Date: June 18, 2012 |
| Defendant. | ) Time: 9:30 a.m. |
| | ) Judge: Hon. William B. Shubb |

THE PARTIES STIPULATE, through counsel, Paul Hemesath, Assistant United States Attorney, and Douglas Beevers, attorney for defendant NATANAEL FAUSTINO, that the Court should modify the briefing schedule to (1) suspend the briefing schedule; (2) vacate the hearing currently scheduled for June 18, 2012; and (3) order a status conference for July 2, 2012.

The government has made diligent efforts to respond to FAUSTINO's motion, and the parties have now had an opportunity to examine the physical evidence, specifically, the type and configuration of the shotgun at issue in the case. However, further investigation is required.  Furthermore, the parties continue to

strive toward a resolving the outstanding issues.

The parties therefore propose a status conference for July 2, 2012 at 9:30 a.m.  Should the parties determine that a change of plea may occur for that date, they shall inform the Court at least one week in advance.

This stipulation shall not prejudice defendant's right to a hearing on the issue previously raised.

```
                                    Respectfully submitted,

                                    BENJAMIN B. WAGNER
                                    United States Attorney


DATED:   June 14, 2012              /s/ Paul A. Hemesath
                                    PAUL A. HEMESATH
                                    Assistant United States Attorney

DATED:   June 14, 2012              /s/ Douglas Beevers
                                    DOUGLAS BEEVERS
                                    Attorney for Defendant
                                    NATANAEL FAUSTINO
```

[PROPOSED] **O R D E R**

**IT IS SO ORDERED.**

Dated: June 15, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE