| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | HANNAH R. LABAREE, Bar #294338 |
| | Assistant Federal Defender |
| 3 | Counsel Designated for Service |
| | 801 I Street, 3rd Floor |
| 4 | Sacramento, California 95814 |
| | Telephone: (916) 498-5700 |

Attorneys for Defendant
NATANAEL FAUSTINO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. Cr. 2:11-cr-304 WBS |
|---|---|
| Plaintiff, | **STIPULATED MOTION AND [lodged] ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)** |
| v. | |
| NATANAEL FAUSTINO, | RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE |
| Defendant | |
| | Judge: Honorable WILLIAM B. SHUBB |

Defendant, NATANAEL FAUSTINO, by and through his attorney, Hannah R. Labaree, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate as follows:

1. Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2. On November 5, 2012, this Court sentenced Mr. Faustino to a term of 144 months imprisonment;

3. His total offense level was 35, his criminal history category was II, and the resulting guideline range was 188 to 235 months. He received a reduction off the low-end of the applicable range on the government's motion;

4. The sentencing range applicable to Mr. Faustino was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5. Mr. Faustino's total offense level has been reduced from 35 to 33, and his amended guideline range is 151 to 188 months. A reduction comparable to the one he received originally produces a term of 115 months;

6. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Faustino's term of imprisonment to a total term of 115 months. The parties agree this sentence is fair and reasonable pursuant to 18 U.S.C. § 3553(a).

Respectfully submitted,

Dated: November 2, 2015

BENJAMIN B. WAGNER
United States Attorney

*/s/ Jason Hitt*
JASON HITT
Assistant U.S. Attorney

Attorney for Plaintiff
UNITED STATES OF AMERICA

Dated: November 2, 2015

HEATHER E. WILLIAMS
Federal Defender

/s/ *Hannah R. Labaree*
HANNAH R. LABAREE
Assistant Federal Defender

Attorney for Defendant
NATANAEL FAUSTINO

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Faustino is entitled to the benefit Amendment 782, which reduces the total offense level from 35 to 33, resulting in an amended guideline range of 151 to 188 months.  The original guideline range was 188 to 235 months.  The court's sentence below the guidelines appears to have been based upon the government's motion under U.S.S.G. § 5K1.1 for a reduction in sentence by 15% to 160 months.  The record is unclear as to why the court further reduced the sentence to 144 months, and because the passage of time since the sentence was imposed the court is unable at this time to reconstruct its thought processes at the time of imposing sentence.  A 15% reduction from the bottom of the guidelines as recalculated produces a term of 123 months.  Considering all of the applicable sentencing factors, the court finds that to be a more reasonable sentence than the one recommended by the parties, which appears to have simply been arithmetically calculated.  This was not a case of simple drug possession or even sale; defendant's conviction and sentence was also based on his plea of guilty to possession of an unregistered short barrel shotgun in violation of 26 U.S.C. § 5861(d).  That kind of weapon is not for hunting, and it is particularly dangerous because it is designed to be concealable.  Under the circumstances, based upon the information presently before the court, the court concludes that any sentence below 123 months would be insufficient to satisfy the factors set forth in 18 U.S.C. § 3553(a).

IT IS THEREFORE ORDERED that the term of imprisonment imposed in November 2012 is reduced to a term of 123 months.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect.  The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Faustino shall report to the United States Probation Office within seventy-two hours after his release.

Dated: November 3, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stipulation and Order Re: Sentence Reduction  4